# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 26-5326

**Case Name** Aguilar v. Tafelmeyer, et al.

**Counsel submitting this form** Chris Davis, Senior Deputy Attorney General for the State of Nevada

**Represented party/ parties** Defendants-Appellants Joseph Johnson, Zachary Mahon, Skyler Sheeks, Jeremy Tafelmeyer

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiff-Appellee David Aguilar, an inmate, asserts claims, pursuant to 42 U.S.C. § 1983, alleging that Defendants-Appellants Joseph Johnson, Zachary Mahon, Skyler Sheeks, Jeremy Tafelmeyer, Nevada Department of Corrections (NDOC) officers, violated the Eighth Amendment when using force to restrain Auilar after he struck Officer Johnson with his walking cane. Aguilar also alleges also alleges that Officer Johnson violated the Americans with Disabilities Act (ADA) by using force against he because of his vision impairment.

*Briefly describe the result below and the main issues on appeal.*

Defendants moved for summary judgment asserting qualified immunity and failure to exhaust. Because the district court erred, defendants appealed based on the denial of qualified immunity.

The main issue on appeal is whether Aguliar met his burden of establish a violation of the Eighth Amendment and the ADA, and whether any violation was clearly established, beyond debate.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

In the unlikely event this appeal is unsuccessful, these remaining issues will be subject to trial.

**Signature** /s/ Chris Davis **Date** 8/24/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

**9th Cir. Case Number(s)** 26-5326

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

[X] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

[ ] I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

Form 7. Mediation Questionnaire

**Signature** \s\Chris Davis **Date** 08/24/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*